FILED

JUL 2 3 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Terry C. Thomas, )
)
)
Plaintiff, )
)
v. )          Civil Action No.    **12 1208**
)
Terry C. Thomas, )
)
Defendant. )

MEMORANDUM OPINION

This matter is before the Court on initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is

required to dismiss a complaint upon a determination that it, among other grounds, is frivolous.

28 U.S.C. § 1915(e)(2)(B)(i).

Given the complaint's caption, plaintiff appears to be suing himself.[1] The "Complaint"

consists of an "Affidavit of Equitable Interest" that is wholly incomprehensible. Complaints that

lack "an arguable basis in law and fact" are subject to dismissal as frivolous. *Brandon v. District*

*of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984); *see Crisafi v. Holland*, 655 F.2d

1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints reciting bare legal

conclusions with no suggestion of supporting facts, or postulating events and circumstances of a

wholly fanciful kind."). The instant complaint satisfies the foregoing standard. A separate Order

of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: July 16 , 2012

---

[1] According to the Clerk, plaintiff has repeatedly appeared in the Clerk's Office and
demanded that his deficient complaint be filed. The Court will allow this action to be filed to
resolve this matter once and for all.